

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00107-CV

———————————————

WES AND TINA DOBRANSKY, Appellants

V.

JL BREAULT FAMILY TRUST, Appellee

On Appeal from the County Court at Law
Cooke County, Texas
Trial Court No. CV2602636

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On February 19, 2026, and March 11, 2026, we warned Appellants that we would dismiss their appeal unless they paid the necessary filing fee. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c). With each warning, we provided a deadline, giving Appellants at least ten days to respond by paying the filing fee. *See* Tex. R. App. P. 44.3. Those deadlines have passed, and Appellants still have not paid the filing fee.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f). Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 16, 2026